PROB 12C
(6/16)

Report Date: August 27, 2018

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Logan B. Wedemeyer     Case Number: 0980 2:16P00038-JTR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable John T. Rodgers, U.S. Magistrate Judge

Date of Original Sentence: February 1, 2018

| | |
|---|---|
| Original Offense: | Obstruction of mails generally, 18 U.S.C. § 1701 |
| Original Sentence: | Probation - 24 months     Type of Supervision: Probation |
| Asst. U.S. Attorney: | Matthew F. Duggan     Date Supervision Commenced: February 1, 2018 |
| Defense Attorney: | Federal Defenders Office     Date Supervision Expires: January 31, 2020 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.<br><br>**Supporting Evidence**: Mr. Wedemeyer was in direct violation of standard condition 3 by leaving the federal judicial district of Eastern Washington to go to Montana without permission.<br><br>On February 6, 2018, the undersigned officer met with Mr. Wedemeyer at the U.S. Probation office. The terms of his probation were read to him and he received a copy of the judgment. Mr. Wedemeyer signed his judgment reflecting he understood the conditions.<br><br>On August 18, 2018, the undersigned officer received a call from the Lincoln County Sheriff's office in Libby, Montana. They reported they were in contact with Mr. Wedemeyer at a bar and he appeared to be intoxicated.<br><br>On August 20, 2018, Mr. Wedemeyer was directed to report to the U.S. Probation office. He reported as directed and self disclosed that he did go to the District of Montana without first gaining the permission of the undersigned officer. |

Prob12C
**Re: Wedemeyer, Logan B.**
**August 27, 2018**
**Page 2**

2   **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On August 20, 2018, Mr. Wedemeyer was in direct violation of special condition 2 by failing to abstain from the use marijuana.

On February 6, 2018, the undersigned officer met with Mr. Wedemeyer at the U.S. Probation office. The terms of his probation were read to him and he received a copy of the judgment. Mr. Wedemeyer signed his judgment reflecting he understood the conditions.

On August 20,2018, the undersigned officer informed Mr. Wedemeyer that he was directed to submit a random urine sample. He reported he had been using marijuana regularly, and his last use was on August 19, 2018. He signed a drug use admission form reflecting this.

3   **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On August 20, 2018, Mr. Wedenmeyer was in direct violation of special condition 2 by failing to supply a urine sample as directed.

On February 6, 2018, the undersigned officer met with Mr. Wedemeyer at the U.S. Probation office. The terms of his probation were read to him and he received a copy of the judgment. Mr. Wedemeyer signed his judgment reflecting he understood the conditions.

Mr. Wedemeyer reported to the U.S. Probation office and was directed to supply a urine sample at 2:45 p.m.. This officer gave Mr. Wedemeyer until 4:43 p.m., and a sample was unable to be produced.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring Logan B. Wedemeyer to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/27/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

Prob12C
**Re: Wedemeyer, Logan B.**
**August 27, 2018**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

August 27, 2018
_____
Date